UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
2008 JUN 19 A 11: 49
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. SJ

Xiaojun Chen,
Douglas C. Meserve

    Plaintiffs,

vs.

Michael Chertoff, Secretary of the Department of Homeland Security;
Jonathan Scharfen, Acting Director U.S. Citizenship and Immigration Services;
Francis Siciliano, San Jose Office Director, U.S. Citizenship and Immigration Services;

    Defendants.

Case No. C08 02283

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2008 a copy of the Plaintiff's First Amended Complaint, which was filed with the Clerk in this case on June 13, 2008, was mailed via first class mail, postage prepaid, to

    Joseph P. Russoniello, USA
    450 Golden Gate Ave, 11th floor
    San Francisco, CA 94102

Xiaojun Chen

3008 Bellworth Ct
San Jose, CA 95135
Phone: 408 528 8802
Fax: 408 528 8802