UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

2008 JUN 19 A 11: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Xiaojun Chen,
Douglas C. Meserve

    Plaintiffs,

vs.

Michael Chertoff, Secretary of the Department of Homeland Security;
Jonathan Scharfen, Acting Director U.S. Citizenship and Immigration Services;
Francis Siciliano, San Jose Office Director, U.S. Citizenship and Immigration Services;

    Defendants.

Case No. C08 02283

CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008 a copy of the Plaintiff's First Amended Complaint, which was filed with the Clerk in this case on June 13, 2008, was mailed via first class mail, postage prepaid, to

    Secretary Michael Chertoff
    U.S. Department of Homeland Security
    Washington, DC 20528

    Xiaojun Chen

    3008 Bellworth Ct
    San Jose, CA 95135
    Phone: 408 528 8802
    Fax: 408 528 8802