UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**

2008 JUN 19 A 11: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Xiaojun Chen, )
Douglas C. Meserve )
)
    Plaintiffs, )
)
vs. )
) Case No. C08 02283
Michael Chertoff, Secretary of the Department of Homeland )
Security; )
Jonathan Scharfen, Acting Director U.S.Citizenship and )
Immigration Services; ) CERTIFICATE OF SERVICE
Francis Siciliano, San Jose Office Director, U.S. Citizenship and )
Immigration Services; )
)
    Defendants. )
)
)

I hereby certify that on June 17, 2008 a copy of the Plaintiff's First Amended Complaint, which was filed with the Clerk in this case on June 13, 2008, was mailed via first class mail, postage prepaid, to



    Jonathan Scharfen

    Acting Director of USCIS

    U.S. Department of Homeland Security

    Washington, DC 20528

_____

Xiaojun Chen

3008 Bellworth Ct
San Jose, CA 95135
Phone: 408 528 8802
Fax: 408 528 8802