UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
08 JUN 19 AM 11: 50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S.J.

Xiaojun Chen, )
Douglas C. Meserve )
        )
    Plaintiffs, )
        )
vs. )
        )
Michael Chertoff, Secretary of the Department of Homeland ) Case No. C08 02283
Security; )
Jonathan Scharfen, Acting Director U.S.Citizenship and )
Immigration Services; ) CERTIFICATE OF SERVICE
Francis Siciliano, San Jose Office Director, U.S. Citizenship and )
Immigration Services; )
        )
    Defendants. )
        )

I hereby certify that on June 17, 2008 a copy of the Plaintiff's Motion for an Expidited Hearing, which was filed with the Clerk in this case on June 16, 2008, was mailed via first class mail, postage prepaid, to

> Jonathan Scharfen
> 
> Acting Director of USCIS
> 
> U.S. Department of Homeland Security
> 
> Washington, DC 20528

Xiaojun Chen
3008 Bellworth Ct
San Jose, CA 95135
Phone: 408 528 8802
Fax: 408 528 8802