

ORIGINAL
FILED

UNITED STATES DISTRICT COURT
for the
Northern District of California

08 JUN 19 AM 11: 50

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S J.

| | |
|---|---|
| Xiaojun Chen,<br>Douglas C. Meserve<br><br>        Plaintiffs,<br><br>vs.<br><br>Michael Chertoff, Secretary of the Department of Homeland<br>Security;<br>Jonathan Scharfen, Acting Director U.S.Citizenship and<br>Immigration Services;<br>Francis Siciliano, San Jose Office Director, U.S. Citizenship and<br>Immigration Services;<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.  C08 02283<br>)<br>)    CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I hereby certify that on June 17, 2008 a copy of the Plaintiff's Motion for an Expidited Hearing,

which was filed with the Clerk in this case on June 16, 2008, was mailed via first class mail,

postage prepaid, to

        Secretary Michael Chertoff

        U.S. Department of Homeland Security

        Washington, DC 20528

Xiaojun Chen

3008 Bellworth Ct
San Jose, CA 95135
Phone: 408 528 8802
Fax: 408 528 8802