UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIAOJUN CHEN and DOUGLAS C. MESERVE,<br><br>            Plaintiffs,<br><br>      v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>            Defendant. | Case No.: C 08-02283 PVT<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING** |

On June 16, 2008, plaintiffs Xiaojun Chen and Douglas C. Meserve moved for an expedited hearing on the merits of an application for naturalization made by plaintiff Chen. (collectively "plaintiffs"). Based on defendants' alleged representations that the FBI background check on plaintiff Chen had been completed and was satisfactory, plaintiffs contend that the action is ripe for final adjudication. On June 18, 2008, defendants opposed the motion on the grounds, *inter alia,* that they have never represented to plaintiffs that the FBI background check on plaintiff Chen had been completed and was satisfactory.[1] Moreover, "[t]o qualify for the privilege of citizenship, an applicant must satisfy a variety of requirements, including the requirement of establishing that

---

[1] Defendants also complain that plaintiffs failed to meet and confer prior to their filing of the instant motion. "'Meet and confer' of 'confer' means to communicate directly and discuss in good faith the issue(s) required under the particular Rule or order . . . . this requirement can be satisfied only through direct dialogue and discussion–either in a face to face meeting or in a telephone conversation." Civ. L.R. 1-5(n).

ORDER, *page 1*

1  during all relevant times, [plaintiff Chen] 'has been and still is a person of good moral character,
2  attached to the principles of the Constitution of the United States, and is well disposed to the good
3  order and happiness of the United States."  Opposition to Plaintiffs' Motion for an Expedited
4  Hearing ("Opp."), at p. 2.  Finally, defendants respond that with respect to plaintiff Meserve, they
5  intend to move to dismiss the first amended complaint based on his lack of standing in the action and
6  with respect to plaintiff Chen, they intend to move to remand the action to the agency for
7  adjudication.
8      Pursuant to Civ. L. R. 7-6, the court finds it appropriate to issue this order without further
9  briefing or oral arguments.  Having reviewed the papers and considered the arguments of plaintiffs
10 and counsel for defendants, plaintiffs' motion is denied without prejudice as premature.[2]
11     IT IS SO ORDERED.
12 Dated:   *June 19, 2008*

                                      */s/ Patricia V. Trumbull*
13                             PATRICIA V. TRUMBULL
14                             United States Magistrate Judge

---

[2]    The holding of this court is limited to the facts and particular circumstances underlying the present motion.

1 | Copies of order mailed on June 19, 2008 to the following:

Xiaojun Chen
3008 Bellworth Court
San Jose, CA 95135

Douglas C. Meserve
3008 Bellworth Court
San Jose, CA 95135

_____EHP_____
Chambers of U.S. Magistrate Judge
Patricia V. Trumbull

ORDER, *page 3*